JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| MARY YRIGOYEN, ) | Case No. EDCV 11-1450-MLG |
| ) | |
| Plaintiff, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

     IT IS ADJUDGED that judgment be entered in favor of Defendant and

that the action herein is dismissed with prejudice.


DATED: May 2, 2012

_____
MARC L. GOLDMAN
United States Magistrate Judge